Metropolitan Museum of Art, Appellant, *v.* Arthur W. Clement, Respondent, et al., Defendants.

Submitted July 19, 1944; decided July 19, 1944.

*Clarence B. Campbell* and *Arthur W. Clement* for motion.
*Joseph V. Lane, Jr.,* opposed.
Motion denied, without costs.